**Exhibit A to the Complaint**

**Location:** Cherry Hill, NJ  **IP Address:** 173.72.127.129
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/16/2018 01:21:39 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/16/2018 01:39:10 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 3 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 12/28/2017 23:34:34 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/28/2017 17:46:15 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 5 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 01/02/2018 04:29:58 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 6 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Ra | 01/16/2018 01:05:11 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 7 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 17:21:57 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 8 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 01/02/2018 03:51:20 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 9 | 41C62207ADF0D03D82414693BAA46DB231130B94 | Tushy | 01/02/2018 04:26:15 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 10 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/28/2017 20:08:31 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 11 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 12/28/2017 23:21:59 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 12 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 12/28/2017 17:55:42 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 13 | 514DA9276C6960169C24F6FC7D37B2434CFB57E6 | Blacked | 01/02/2018 04:01:28 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 14 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 01/02/2018 03:49:00 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 15 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/28/2017 19:42:22 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 16 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 01/02/2018 04:35:34 | 07/20/2017 | 08/11/2017 | PA0002046869 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 01/02/2018 03:50:49 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 18 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/28/2017 19:34:41 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 19 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 01/02/2018 03:46:19 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 20 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 01/02/2018 03:55:15 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 21 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 01/02/2018 04:30:43 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 22 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/02/2018 06:07:51 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 23 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/28/2017 17:59:16 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 24 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | Tushy | 01/02/2018 04:28:08 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 25 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 01/02/2018 04:34:36 | 11/02/2017 | 11/15/2017 | 16013254789 |